# United States District Court
# Western District of North Carolina
# Charlotte Division

**James Tyson, Jr.,**

Petitioner(s),

vs.

**USA,**
Respondent(s).

JUDGMENT IN CASE

3:12-cr-00239-GCM-DCK-14
3:18-cv-00175-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2018 Order.

October 31, 2018

Frank G. Johns, Clerk
United States District Court